Steven J. Miller (SBN 031383)
IPath, PLC
15333 North Pima Rd., Suite 305
Scottsdale, AZ 85260
Office (480) 300-6377
*steve@millerlawhelps.com*
Attorney for Plaintiff Square Entertainment LLC

**UNITED STATES DISCTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Square Entertainment LLC,<br><br>Plaintiff,<br><br>v.<br><br>Activate Games Incorporated<br><br>Defendant. | Case No.: 2:24-CV-03261-JCG<br><br>**NOTICE OF FILING OF AMENDED PLEADING**<br>Fed. R. Civ. P. 15(a)(1)(B) |

**NOTICE**

Plaintiff Square Entertainment LLC ("Square") provides notice of filing its (First) Amended Complaint.

Fed. R. Civ. P. 15(a)(1)(B) provides that a party may amend its pleading once as a matter of course no later than 21 days after service of a motion under Rule 12(b). Defendant Activate Games Incorporated ("Activate") filed its Rule 12(b)(2) motion to dismiss on January 24, 2025, ten (10) days ago.

A “marked up” copy of the Amended Complaint indicating changes from the original is filed herewith as “Appendix A.” A “clean copy” is also filed herewith, as “Appendix B.”

DATED this 3rd day of February, 2025.

By: /Steven Jay Miller/

IPath, PLC
Steven J. Miller (SBN 031383)
Attorney for Plaintiff
15333 N Pima Rd. Suite 305
Scottsdale, AZ 85260
(480) 300-6377
*sjmiller@millerlawhelps.com*