Steven J. Miller (SBN 031383)
IPath, PLC
15333 North Pima Rd., Suite 305
Scottsdale, AZ 85260
Office (480) 300-6377
*steve@millerlawhelps.com*
Attorney for Plaintiff Square Entertainment LLC

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Square Entertainment LLC,<br><br>Plaintiff,<br><br>v.<br><br>Activate Games Incorporated<br><br>Defendant. | Case No.: 2:24-CV-03261-JCG<br><br>**NOTICE OF DISMISSAL**<br>Fed. R. Civ. P. 41(a)(1)(A)(i) |

**NOTICE OF DISMISSAL**

Plaintiff Square Entertainment LLC ("Square") dismisses its case against Activate Games, Inc. ("Activate") without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Although Activate has moved for dismissal for lack of personal jurisdiction, it has neither filed its answer to Square's complaint nor a motion for summary judgement. Square intends dismissal to include all claims made in its Amended Complaint filed on February 3, 2025 as a matter of course under Fed. R. Civ. P. 15(a)(1)(B). There are no counterclaims, crossclaims, or third-party claims in this case.

DATED this 5th day of February, 2025.

By: /Steven Jay Miller/

IPath, PLC
Steven J. Miller (SBN 031383)
Attorney for Plaintiff
15333 N Pima Rd. Suite 305
Scottsdale, AZ 85260
(480) 300-6377
*sjmiller@millerlawhelps.com*